# United States Court of Appeals
## For the First Circuit

Nos. 14-1019
     14-1196
     15-1125

UNITED STATES OF AMERICA,

Appellee,

v.

JOSEPH CARAMADRE,

Defendant, Appellant.

**JUDGMENT**

Entered: December 7, 2015

     This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

     Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

     By the Court:

     /s/ Margaret Carter, Clerk

cc: Mr. Lockhart, Mr. McAdams, Mr. Murphy, Mr. Olen, Mr. Vilker & Mr. Weber.