## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

**UNITED STATES OF AMERICA,**
    Appellee

    v.                          C.A. Nos.    14-1019
                                                  14-1196
                                                  15-1125

**JOSEPH CARAMADRE,**
    Defendant/Appellant

## ASSENTED-TO
## MOTION FOR 14 DAY ENLARGEMENT OF TIME TO SUBMIT
## PETITION FOR REHEARING/REHEARING *EN BANC*

      Now comes the Defendant/Appellant, through counsel, and hereby moves this Honorable Court for a 14 day enlargement of time to submit his petition for rehearing/rehearing *en banc*. The panel decision was entered on December 7, 2015, therefore, any petition for rehearing or rehearing *en banc* is currently due on December 21, 2015.

      For reason, the Defendant/Appellant notes that this case involves three separate appeals which were consolidated. The consolidated appeal engendered a 39 page written opinion, which dealt with numerous, complicated issues. Undersigned counsel is a sole practitioner with a heavy caseload, with several cases currently pending in this Court, and requires an additional 14 day period of time in order to comprehensively prepare any petition. In addition, counsel has pre-existing travel plans during the original 14 day period in conjunction with the holidays.

      Defendant/Appellant therefore respectfully requests a 14 day enlargement of time, through January 4, 2015 to submit his petition for rehearing/rehearing *en banc*. Counsel has conferred with Donald C. Lockhart, Assistant United States Attorney, who has assented to this request.

                                                Respectfully submitted,
                                                Joseph Caramadre,
                                                By his attorney,

                                                /s/ Randy Olen
                                                _____

                                                Randy Olen, Esq.
                                                478A Broadway
                                                Providence, RI 02909
                                                Phone: (401) 274-1400
                                                Fax: (401) 274-2480
                                                olenlaw@gmail.com

## **CERTIFICATION**

  I hereby certify that on this 11th day of December 2015, I caused to be delivered, via electronic delivery, a true copy of the within *Motion* to Donald Campbell Lockhart, Esq., Assistant United States Attorney, U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

              /s/ Randy Olen
              _____