# United States Court of Appeals
## For the First Circuit

Nos. 14-1019, 14-1196, 15-1125

UNITED STATES OF AMERICA,

Appellee,

v.

JOSEPH CARAMADRE,

Defendant, Appellant.

### ORDER OF COURT

Entered: December 15, 2015

      Defendant-appellant Joseph Caramadre's motion for an extension of time, from December 21, 2015 to January 4, 2016, to file a petition for rehearing and rehearing en banc is granted. The parties are advised that no further extensions will be granted.

By the Court:

/s/ Margaret Carter, Clerk

cc:
William J. Murphy
Randy Olen
Joseph A. Caramadre
Robert F. Weber
Lee H. Vilker
John P. McAdams
Donald Campbell Lockhart