UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

UNITED STATES OF AMERICA,
      Appellee

v.          C.A. Nos.    14-1019
                                       14-1196
                                       15-1125

JOSEPH CARAMADRE,
      Defendant/Appellant

## MOTION FOR LEAVE TO FILE OVERSIZED PETITION FOR REHEARING

      Now comes the Defendant/Appellant, Joseph Caramadre, through counsel, and hereby moves this Honorable Court for leave to file an oversized petition for rehearing. Mr. Caramadre respectfully requests an enlargement of five additional pages. For reason, the petition involves three consolidated district court cases, each of which involves substantial issues warranting this modest increase. The additional five pages will assist the both the parties and the Court in the proper resolution of the petition for rehearing.

                                                   Respectfully submitted,
                                                   Joseph Caramadre,
                                                   By his attorney,

                                                   /s/ Randy Olen
                                                   _____
                                                   Randy Olen, Esq.
                                                   478A Broadway
                                                   Providence, RI 02909
                                                   Phone: (401) 274-1400
                                                   Fax: (401) 274-2480
                                                   olenlaw@gmail.com

## CERTIFICATION

      I hereby certify that on this 30th day of December 2015, I caused to be delivered, via electronic delivery, a true copy of the within *Motion* to Donald Campbell Lockhart, Esq., Assistant United States Attorney, U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

                                                   /s/ Randy Olen
                                                 _____