# United States Court of Appeals
## For the First Circuit

Nos. 14-1019, 14-1196, 15-1125

UNITED STATES

Appellee

v.

JOSEPH CARAMADRE

Defendant - Appellant

### ORDER OF COURT

Entered: January 4, 2016

    Defendant-appellant's motion for leave to file an oversized petition for rehearing/rehearing en banc not to exceed 20 pages is allowed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
William J. Murphy
Randy Olen
Joseph A. Caramadre
Robert F. Weber
Lee H. Vilker
John P. McAdams
Donald Campbell Lockhart