# United States Court of Appeals
## For the First Circuit

No. 14-1019, 14-1196 and 15-1125

UNITED STATES

Appellee

v.

JOSEPH CARAMADRE

Defendant - Appellant

Before

Howard, Chief Judge,
Torruella, Selya, Lynch,
Thompson,*  Kayatta, and Barron,* Circuit Judges,
and Laplante,** District Judge.

**ORDER OF COURT**
Entered:   January 12, 2016

The petition for rehearing having been denied by the panel of judges who decided the case, and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and the petition for rehearing en banc be denied.

By the Court:

/s/ Margaret Carter, Clerk.

---

*Judge Thompson and Judge Barron are recused and did not participate in the consideration of this matter.
**Chief Judge of the U.S. District Court for the District of New Hampshire, sitting by designation.

cc:
William J. Murphy
Randy Olen
Joseph A. Caramadre
Robert F. Weber
Lee H. Vilker
John P. McAdams
Donald Campbell Lockhart