# United States Court of Appeals
## For the First Circuit

Nos. 14-1019, 14-1196, 15-1125

UNITED STATES

Appellee

v.

JOSEPH CARAMADRE

Defendant - Appellant

**MANDATE**

Entered: January 20, 2016

    In accordance with the judgment of December 7, 2015, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Joseph A. Caramadre
Donald Campbell Lockhart
John P. McAdams
William J. Murphy
Randy Olen
Lee H. Vilker
Robert F. Weber