# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 14, 2016

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

Re:  Joseph Caramadre
v. United States
No. 15-1269
(Your No. 14-1019, 14-1196, 15-1125)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 7, 2016 and placed on the docket April 14, 2016 as No. 15-1269.

Sincerely,

**Scott S. Harris**, Clerk

by

Melissa Blalock
Case Analyst